NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THERMOLIFE INTERNATIONAL LLC,**
*Plaintiff-Appellant*

**v.**

**HUMAN POWER OF N COMPANY, dba HumanN, fka Neogenis Labs, Inc.,**
*Defendant-Appellee*

---

2022-1316, 2022-1367

---

Appeals from the United States District Court for the Western District of Texas in No. 6:21-cv-00144-ADA, Judge Alan D. Albright.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of ThermoLife International LLC's unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) with each party to bear its own costs upon dismissal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeals are dismissed.

2      THERMOLIFE INTERNATIONAL LLC v. HUMAN POWER OF N
                                                          COMPANY

(2)   Any other pending motions are denied as moot.

(3)   Each side shall bear its own costs.

FOR THE COURT

September 30, 2022                    /s/ Peter R. Marksteiner
       Date                           Peter R. Marksteiner
                                      Clerk of Court


ISSUED AS A MANDATE: September 30, 2022